In the Matter of the VILLAGE OF PELHAM, Respondent, against JOHN E. FETZER et al., as the Board of Assessors of the Town of Pelham, Appellants.

(Argued November 18, 1935; decided December 3, 1935.)

*Solon J. Liebeskind* for appellants.
*William C. Olsen* for town of Eastchester, *amicus curiæ.*
*George W. Hinckley* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.